# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

*Friday, November 17, 2017*

**Via ECF**
The Honorable Malachy E. Mannion

　　　　RE:　　Wiggins v. McAndrew, et al.
　　　　　　　　U.S. District Court – Middle District of Pennsylvania
　　　　　　　　No.:　　17-1410

Your Honor:

Kindly be advised our office has been unable to get in contact with Plaintiff.

Plaintiff has been non-responsive to all of our attempted communications.

Kindly see attached counsel's investigation (Exhibit A) as to Plaintiff's whereabouts.

If Your Honor requires anything further, do not hesitate to contact us at any time.

Thank you.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　/s/ Matthew B. Weisberg
　　　　　　　　　　　　　　　　　MATTHEW B. WEISBERG

MBW/hcm
Cc: Sean P. McDonough, Esq.