**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN WIGGINS,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1410 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| **SHERIFF MARK McANDREW,** *et al.*, | : | |
| | : | |
| Defendants | : | |

# O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss, **(Doc. 7)**, the plaintiff's complaint, **(Doc. 1)**, is **GRANTED**, but the plaintiff will be permitted to amend his Eighth Amendment claim in Count I and his *Monell* claim in Count III.

2. The plaintiff is directed to identify his John Doe defendants 1-10 and to file an amended complaint regarding only his Eighth Amendment claim in Count I against these Doe defendants **within 14 days** of the date of this Order. If plaintiff fails to identify his John Doe defendants 1-10 as specified, they will be dismissed from this case.

3. All of the plaintiff's claims against Sheriff McAndrew and the Doe defendants in their official capacity are **DISMISSED WITH PREJUDICE**.

4. The plaintiff's claims for punitive damages against Lackawanna County and, against Sheriff McAndrew and the Doe defendants in their official capacity, are **DISMISSED WITH PREJUDICE**.

5. The defendants' motion to dismiss the plaintiff's §1983 claims for malicious prosecution, false imprisonment and false arrest under the Fourth Amendment in Count I is **GRANTED** and, these claims are **DISMISSED WITH PREJUDICE**.

6. The defendants' motion to dismiss the plaintiff's substantive and procedural due process claims under Fourteenth Amendment in Count II is **GRANTED** and, these claims are **DISMISSED WITH PREJUDICE**. Count II is also **DISMISSED IN ITS ENTIRETY**.

7. The defendants' motion to dismiss the plaintiff's Eighth Amendment claim for false imprisonment in Count I is **GRANTED** and, this claim is **DISMISSED WITHOUT PREJUDICE**. The plaintiff is permitted to file an amended complaint regarding his Eighth Amendment claim in Count I **within 14 days** of the date of this Order.

8. The plaintiff's state law tort claims that he may be raising in his complaint against all of the defendants are **DISMISSED WITH PREJUDICE** since the defendants are immune under the PSTCA.

9. The plaintiff's claims for violations of his rights under the Pennsylvania Constitution are **DISMISSED WITH PREJUDICE**.

10. The defendants' motion to dismiss the plaintiff's *Monell* claim against Lackawanna County in Count III is **GRANTED**, and this claim is **DISMISSED WITHOUT PREJUDICE**. The plaintiff is permitted to file an amended complaint regarding his *Monell* claim in Count III **within 14 days** of the date of this Order.

11. Failure of the plaintiff to file his amended complaint as specified in this Order will result in a dismissal of his case.

    s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 6, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1410-01-ORDER.wpd